UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUIS T. WILLIAMS,

    Plaintiff,

vs.
                                                                          Civil Action No.
                                                                07-CV-10311

                                                                HON. BERNARD A. FRIEDMAN

SUNRISE WINDOWS, LTD.,

    Defendant.

_____/


## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S RENEWED MOTION FOR DISMISSAL OF PLAINTIFF'S CLAIMS

        This matter is presently before the Court on Magistrate Judge Steven D. Pepe's Report and Recommendation ("R&R") dated May 13, 2008. In his R&R, Magistrate Judge Pepe recommends that Defendant's Renewed Motion for Dismissal of Plaintiff's Claims [docket entry 26] be granted and that Plaintiff's Complaint be dismissed for failure to comply with at least three orders issued by the Court. Plaintiff has not filed objections to the Magistrate Judge's R&R, and the time to do so has expired.

        The Court has had the opportunity to fully review this matter. The Court finds that Magistrate Judge Pepe correctly and thoroughly analyzed all of the issues presented, and that he reached the proper conclusions for the proper reasons. Therefore, the Court will accept and adopt the Magistrate Judge's R&R as the findings and conclusions of the Court. Accordingly,

1

IT IS ORDERED that Magistrate Judge Pepe's R&R of May 13, 2008, is accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Defendant's Renewed Motion for Dismissal of Plaintiff's Claims [docket entry 26] is granted.

IT IS FURTHER ORDERED that Plaintiff's Complaint is dismissed.

_s/Bernard A. Friedman_____
BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE

Dated: May 29, 2008
    Detroit, Michigan

I hereby certify that a copy of the foregoing document

was served upon counsel of record by electronic and/or first-class mail.

s/Carol Mullins

Case Manager to Chief Judge Friedman